DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535- 5056
    FAX: (408) 535-5066
    Email: Susan.Knight@usdoj,gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-70653 MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MIGUEL RAMIREZ LOZA, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint against Miguel Ramirez Loza with prejudice.

On May 25, 2016, the Honorable Nathanael Cousins authorized a criminal complaint charging the defendant with a violation of 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution. The defendant fled to Mexico after murdering his 17-year-old girlfriend and sexually assaulting another teenager at knifepoint in Santa Cruz County in February 2003. The District Attorney for the County of Santa Cruz filed a Fourth Amended Criminal Complaint against the defendant charging him with, among other offenses, murder, in violation of California Penal Code Section 187(a), Attempted Murder, in violation of California Penal Code Section 664/187(a), and Sodomy By Use of Force, in violation of

California Penal Code, Section 286(c)(2).

In October 2018, Mexican authorities apprehended the defendant in Mexico City, and on June 5, 2019, he was extradited to the United States. He is currently in custody in Santa Cruz County awaiting criminal proceedings.

DATED: 6/7/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/*
_____
JEFFREY D. NEDROW
Chief, San Jose Branch Office

Leave is granted to the government to dismiss the criminal complaint against Miguel Ramirez Loza.

Date: 06/10/2019

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge